IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **BINIAM WELDAY, R.N.** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**CITY OF ST. ANN, MISSOURI, et.al.** )<br>)<br>Defendants ) | No.  4:13-CV-171 CAS<br><br>**Demand Jury Trial** |

## DISMISSAL

Comes now Plaintiff, through counsel and announces that Plaintiff dismisses his causes of action against Defendants in the above-styled matter with prejudice and with each party paying their own costs.

                                             Respectfully submitted,

                                            /s/ J. Justin Meehan
                                           J. JUSTIN MEEHAN    #24844
                                           Attorney for Plaintiff
                                           2734 Lafayette
                                           St. Louis, MO 63104
                                           (314) 772-9494
                                           (314) 772-3604 Fax
                                           jjustinmeehan@aol.com

CERTIFICATE OF SERVICE

     A hereby certify that a copy of the foregoing was electronically filed with the court on this 26th day of November, 2013 to Peter Dunne and Robert Plunkert, Pitzer Snodgrass, Attorneys for Defendant, 100 South Fourth St., Suite 400, St. Louis, MO 63102-1821.
               .
                                            /s/ J. Justin Meehan