**SO ORDERED**

*Charles A. Shaw*
11/26/2013

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| BINIAM WELDAY, R.N. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:13-CV-171 CAS |
| ) | |
| CITY OF ST. ANN, MISSOURI, et.al. ) | |
| ) | **Demand Jury Trial** |
| Defendants ) | |

## DISMISSAL

Comes now Plaintiff, through counsel and announces that Plaintiff and Defendant have settled this case and therefore Plaintiff dismisses his causes of action against Defendants in the above-styled matter with prejudice and each party pay their own costs.

Respectfully submitted,

/s/ J. Justin Meehan
J. JUSTIN MEEHAN    #24844
Attorney for Plaintiff
2734 Lafayette
St. Louis, MO 63104
(314) 772-9494
(314) 772-3604 Fax
jjustinmeehan@aol.com

## CERTIFICATE OF SERVICE

A hereby certify that a copy of the foregoing was electronically filed with the court on this 26th day of November, 2013 to Peter Dunne and Robert Plunkert, Pitzer Snodgrass, Attorneys for Defendant, 100 South Fourth St., Suite 400, St. Louis, MO 63102-1821.

/s/ J. Justin Meehan